### PETER CYR *v.* DEBORAH CYR
### (14473)

PETERS, C. J., CALLAHAN, GLASS, BORDEN and BERDON, Js.

Argued June 5—decision released June 23, 1992

*Joseph X. DuMond, Jr.,* assistant attorney general, with whom were *Seymour Dunn,* assistant attorney

---

[10] In view of our holding, we need not consider the remaining two issues certified on appeal.

general, and, on the brief, *Richard Blumenthal,* attorney general, for the appellant (state).

*Louis Kiefer,* for the appellee (plaintiff).

*Lucy Potter,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.